# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br><br>        Petitioner,<br><br>  v.<br><br>GREG LEWIS,<br><br>        Respondent. | Case No. SA CV 13-0347 ODW (AFM)<br><br>**ORDER TO SHOW CAUSE** |

    On September 14, 2015, the Court stayed this action pending petitioner's resentencing on January 8, 2016. Petitioner, who is represented by counsel, was directed to submit a status report to the Court immediately after the resentencing in state court had taken place and to inform the Court how the resentencing affects petitioner's case before the Court. Petitioner's counsel was also advised that his failure to timely file the status report could result in a recommendation that the action be dismissed for failure to prosecute and to obey the Court's orders, under Federal Rule of Civil Procedure 41(b).

    Petitioner's counsel did not timely file the required status report. Accordingly, on February 23, 2016, the Court issued an order requiring petitioner's counsel to submit the status report within 14 days of the date of the order. The

Court warned petitioner's counsel, for the second time, that his failure to timely comply with the order would result in a recommendation that this action be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute and failure to comply with the Court's orders.

As of this date, more than 14 days later, petitioner's counsel still has not filed the required status report.

Accordingly, petitioner's counsel is ORDERED TO SHOW CAUSE within twenty (20) days of the date of this Order why this action should not be dismissed for failure to prosecute. Petitioner's counsel may discharge this Order by filing the required status report within 20 days of the date of this Order. The Court again admonishes petitioner's counsel that failure to timely comply with this Order will result in a recommendation that this action be dismissed under Rule 41(b).

DATED: 3/9/2016

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE