# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br><br>     Petitioner,<br><br>  v.<br><br>GREG LEWIS,<br><br>     Respondent. | Case No. SA CV 13-0347 ODW (AFM)<br><br>**ORDER TO SHOW CAUSE** |

On January 9, 2017, the Court directed petitioner's counsel to submit a status report to the Court regarding any resentencing proceedings, if any, in this case. Petitioner's counsel was also advised that his failure to timely file the status report could result in a recommendation that the action be dismissed under Federal Rule of Civil Procedure 41(b). Petitioner's counsel did not timely file the required status report.

Petitioner's counsel is ORDERED TO SHOW CAUSE within fourteen (14) days of the date of this Order why this action should not be dismissed for failure to prosecute. Petitioner's counsel may discharge this Order by filing the required status report within 14 days of the date of this Order. The Court again admonishes

petitioner's counsel that failure to timely comply with this Order will result in a recommendation that this action be dismissed under Rule 41(b).

DATED:  February 13, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE