# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IGNACIO RUIZ,<br><br>　　　　　　Petitioner,<br>　　v.<br>GREG LEWIS, Warden,<br><br>　　　　　　Respondent. | Case No. SA CV 13-00347 ODW (AFM)<br><br>**JUDGMENT** |

　　　Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

　　　IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: May 23, 2017

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE